■ BONNIE S. GRAY et al., Appellants, v SHAWNEE I. HEDLUND et al., Respondents, et al., Defendant. (Appeal No. 2.) [668 NYS2d 115] —Appeal unanimously dismissed without costs (*see, Matter of Kolasz v Levitt*, 63 AD2d 777). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Settle Record On Appeal.) Present—Pine, J. P., Lawton, Hayes, Wisner and Fallon, JJ.